No. 93–6812. POWELL v. RICE, SECRETARY OF THE AIR FORCE. C. A. 5th Cir. Certiorari denied.

No. 93–6857. LIGGETT v. DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied.

No. 93–6869. SHABAZZ v. LEXINGTON, OKLAHOMA, CORRECTIONAL CENTER MAILROOM SUPERVISOR ET AL. Ct. App. Okla. Certiorari denied.

No. 93–6894. HENRY v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 93–6997. BALLENTINE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–7010. MAYFIELD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7013. DAVIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7032. TESTA v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–7057. DELGADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7091. LITTLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7099. TESTA v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–7126. BYARS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7217. GULBENKIAN v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 93–7219. STOKES v. UNITED STATES; and
No. 93–7281. BAILEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.